IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

     Plaintiff,                    No. 2:08cv0853-GEB-JFM PS

     vs.

COUNTY OF SAN JOAQUIN, et al.,

     Defendants.             ORDER

_____/

     Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of June 25, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's July 15, 2008 request for an extension of time is granted; and

     2. Plaintiff is granted sixty days from the date of this order in which to file and serve an amended complaint that complies with this court's June 25, 2008 order.

DATED: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; leubner.eot