1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MILOS LEUBNER,

11            Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

12        vs.

13   COUNTY OF SAN JOAQUIN, et al.,    ORDER AND ORDER DIRECTING SERVICE

14            Defendants.              BY THE UNITED STATES MARSHAL

15   _____/        WITHOUT PREPAYMENT OF COSTS

16            Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court

17   previously ordered plaintiff to provide information for service of process on form USM-285,

18   sufficient copies of the complaint for service, and a notice of compliance.  Plaintiff has filed the

19   required papers.

20            In addition, on December 4, 2008, plaintiff filed a document entitled "First

21   Amended Civil Rights Complaint,"[1] but subtitled "Request for Relief."  It appears plaintiff

22   omitted his request for relief from his amended complaint and wishes to include this request.

23   Good cause appearing, the Clerk of the Court will be directed to strike the title "First Amended

24   _____

25        [1] Plaintiff is cautioned that he has amended his complaint once as a matter of right.  Fed.
     R. Civ. P. 15(a).  He should not file any other documents entitled "amended complaint."  If
     plaintiff seeks to amend at a later date, he must file a motion to amend to which he appends a
26   proposed second amended complaint.

                                       1

1    Complaint" from this document and make 11 copies. The Clerk of the Court shall append this

2    redacted request for relief as the last page of plaintiff's amended complaint, docket no. 9, so the

3    amended complaint on file reflects the request for relief as the last page of the amended

4    complaint. The Clerk of the Court shall attach the 11 copies of the request for relief to the 11

5    copies of the amended complaint provided by plaintiff for service of process.

6               Accordingly, IT IS HEREBY ORDERED that:

7               1. The Clerk of the Court is directed to strike the title "First Amended

8    Complaint" from docket no. 17 filed December 4, 2008.

9               2. The Clerk of the Court shall append a copy of the redacted request for relief to

10    plaintiff's amended complaint (docket no. 9), so the amended complaint reflects plaintiff's

11    request for relief as the last page of his amended complaint.

12               3. The Clerk of the Court shall make 11 copies of the redacted request for relief

13    and append them as the last page to each copy of the amended complaint plaintiff provided for

14    service of process.

15               4. The Clerk of the Court is directed to forward the instructions for service of

16    process, the completed summons, copies of the complaint and copies of this order to the United

17    States Marshal.

18               5. Within ten days from the date of this order, the United States Marshal is

19    directed to notify defendants San Joaquin Office of Child Protective Services, Kenneth Eggie,

20    Christopher Holden, Ernie Schmidt, Donna Dones, Victor Vincent, San Joaquin County Sheriff's

21    Department, Jeff Luck, Thomas Mazzerra and the Manteca Police Department of the

22    commencement of this action and to request a waiver of service in accordance with the

23    provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c).

24               6. The U.S. Marshal is directed to retain the sealed summons and a copy of the

25    complaint in their file for future use.

26    /////

1       7. The United States Marshal shall file returned waivers of service as well as any

2  requests for waivers of service that are returned as undelivered as soon as they are received.

3       8. If a waiver of service is not returned by a defendant within forty-five days from

4  the date of mailing the request for waiver, the United States Marshal shall:

5           a. Personally serve process and a copy of this order upon the defendant

6           pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

7           § 566(c).

8           b. Within ten days after personal service is effected, the United States

9           Marshal shall file the return of service for the defendant, along with

10           evidence of any attempts to secure a waiver of service of process and of

11           the costs subsequently incurred in effecting service on said defendant.

12           Said costs shall be enumerated on the USM-285 form and shall include the

13           costs incurred by the Marshal's office for photocopying additional copies

14           of the summons and complaint and for preparing new USM-285 forms, if

15           required. Costs of service will be taxed against the personally served

16           defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

17       9. Defendants shall reply to the complaint within the time provided by the

18  applicable provisions of Fed. R. Civ. P. 12(a).

19       10. Each party shall keep the court apprised of a current address at all times while

20  the action is pending. Any change of address must be reported promptly to the court in a separate

21  document captioned for this case and entitled "Notice of Change of Address." A notice of

22  change of address must be properly served on other parties. Pursuant to Local Rule 83-182(d),

23  service of documents at the record address of a party is fully effective. Failure to apprise the

24  court of a change of address may result in the imposition of sanctions, which may include

25  dismissal of the action.

26  /////

1           11.   The failure of any party to comply with this order, the Federal Rules of Civil

2 Procedure, or the Local Rules of Court, may result in the imposition of sanctions including, but

3 not limited to, dismissal of the action or entry of default.

4 DATED:  December 16, 2008.

5

6                                       UNITED STATES MAGISTRATE JUDGE

7

8 001; leubner.usm

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26