IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

    Plaintiff,                   No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

    Defendants.              ORDER TO SHOW CAUSE

_____/

        Plaintiff is proceeding pro se and in forma pauperis. Review of the record reflects that three defendants have timely waived service of process under Fed. R. Civ. P. 4(d), yet have failed to file an answer within sixty days after the request for a waiver was sent. Fed. R. Civ. P. 12(a)(1)(A)(ii). Waiver of Service of Summons forms were sent to defendant Manteca Police Department, Donna Dones and Officer Victor Vincent (Manteca Police Department) on December 31, 2008. (Docket Nos. 20, 21 & 22.)

        Sixty days have now passed and these defendants have not filed an answer or otherwise appeared in this action.

/////

1

1 | Good cause appearing, this court will order each defendant to show cause why
2 | default should not be entered against them. The Clerk of the Court will be directed to serve a
3 | copy of this order on each defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants Manteca Police Department, Donna Dones and Officer Victor Vincent (Manteca City Police Department) shall show cause, within twenty days from the date of this order, why default should not be entered against them for their failure to timely respond to service of process in this action; and

2. The Clerk of the Court is directed to serve a copy of this order on defendants as follows:

Manteca Police Department, Chief of Police David H. Bricker, 1001 W. Center Street, Manteca, CA 95231;

Donna Dones, 7408 S. McKinley Avenue, French Camp, CA 95231; and

Officer Victor Vincent, Manteca Police Department, 1001 W. Center Street, Manteca, CA 95231.

DATED: May 4, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; leubner.osc