THOMAS W. MAZZERA SB#099926
ATTORNEY AT LAW
MAZZERA, SNYDER & DE MARTINI, APC
6735 N. Herndon, Suite B
Stockton, California 95219
Telephone: (209) 477-4269
Facsimile: (209) 477-4263

In Pro Se

# UNITED STATES DISTRICT COURT

for the

## Eastern District of California - Sacramento

| | |
|---|---|
| MILOS LEUBNER, | ) **CASE NO. 2:08-cv-0853 GEB JFM PS** |
| Plaintiff, | ) |
| | ) **ORDER CONCERNING** |
| v. | ) **DEFENDANT THOMAS MAZZERA'S** |
| | ) **SUBSTITUTION OF ATTORNEYS** |
| COUNTY OF SAN JOAQUIN; SAN JOAQUIN OFFICE OF CHILD PROTECTIVE SERVICES; ET AL., | ) |
| Defendants. | ) |

Good cause appearing, IT IS HEREBY ORDERED that defendant Thomas Mazzera's May 14, 2009 request for substitution of attorneys is granted. The Clerk of the Court shall annotate the docket to reflect that defendant Thomas W. Mazzera is now represented by Marjorie E. Manning, SBN 118643, Bolling & Gawthrop, 8880 Cal Center Drive, Suite 190, Sacramento, California 95826.

Dated: May 26, 2009.

UNITED STATES MAGISTRATE JUDGE

/leubner.sub