IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

       Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

       Defendants.           ORDER

_____/

       On May 5, 2009, defendants Manteca Police Department, Officer Victor Vincent and Donna Dones were directed to show cause why default should not be entered against them for their failure to timely respond. Each defendant has now responded. Defendants Manteca Police Department and Officer Victor Vincent have now been voluntarily dismissed from this action. (Docket No. 63.) Accordingly, the order to show cause against them is discharged.

       On May 22, 2009, defendant Dones filed her response and now seeks an additional sixty days in which to respond to this action. Good cause appearing, the order to show cause will be discharged and defendant Dones will be granted an additional sixty days in which to file an answer to the complaint.

/////

1    Plaintiff seeks clarification as to defendant Kenneth Eggie.  Plaintiff is advised that service of process on defendant Eggie has not yet been accomplished by the U.S. Marshal.

    IT IS HEREBY ORDERED that:

    1. The May 5, 2009 order to show cause is discharged; and

    2. Defendant Donna Dones is granted sixty days from the date of this order in which to file and serve an answer to the complaint.  The Clerk of the Court is directed to send a copy of this order to Donna Dones.  (See Docket No. 60.)

DATED:  June 4, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; leubner.dsch