IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

    Plaintiff,                   No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se and in forma pauperis. On July 23, 2009, plaintiff filed a motion to amend and a proposed third amended complaint. Defendants have not filed an opposition. The court has screened the third amended complaint and finds plaintiff has stated a cognizable claim as to violations of his First and Fourteenth Amendment rights. Accordingly, defendants will be directed to file an answer to the third amended complaint. Defendants Holden and Mazzera are represented by counsel, and defendant Dones appears to be representing herself. Defendant Kenneth Eggie has failed to appear in this action.[1]

        IT IS HEREBY ORDERED that

        1. Plaintiff's July 23, 2009 motion to amend (#71) is granted.

---

[1] On June 1, 2009, the U.S. Marshal filed summons indicating service of process had been executed on defendant Kenneth Eggie. The U.S. Marshal personally served Clarice Howeth, CPS receptionist, on May 12, 2009. Ms. Howeth indicated she was authorized to accept service on behalf of Mr. Eggie.

2. The Clerk of the Court is directed to file the third amended complaint (#73).

3. Within twenty days from the date of this order, defendants Dones, Holden, and Mazzera shall file an answer to the third amended complaint.

4. The Clerk of the Court shall serve a copy of this order on Donna Dones, 7408 South McKinley Avenue, French Camp, California  95231.

DATED:  November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; leubner.mta