IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

    Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

                              /

        Plaintiff is proceeding pro se and in forma pauperis. On June 1, 2009, the U.S. Marshal returned service of process as to defendant Kenneth Eggie. (<u>Id.</u>) On May 12, 2009, personal service was accomplished on Clarice Howeth, CPS receptionist, who informed the U.S. Marshal that she was authorized to accept service of process on behalf of Mr. Eggie. (<u>Id.</u>) Thirty days have now passed and defendant Eggie has not filed an answer or otherwise responded to service of process. Accordingly, defendant Eggie will be directed to show cause why default should not be entered against him. The Clerk of the Court will be directed to serve a copy of this order on defendant Eggie.

        IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, defendant Kenneth Eggie shall show cause why default should not be entered against him for his failure to timely respond to service of process in this action; and

1

1   2. The Clerk of the Court is serve a copy of this order on Kenneth Eggie, Child
2  Protective Services, 102 South San Joaquin Street, Stockton, California  95201.
3  DATED:  November 11, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; leubner.osc2