1

2

3

4

5

6

7

8

9                               IN THE UNITED STATES DISTRICT COURT

10                          FOR THE EASTERN DISTRICT OF CALIFORNIA

11   MILOS LEUBNER,

12               Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

13          vs.

14
     COUNTY OF SAN JOAQUIN,
15   et al.,

16               Defendants.               <u>ORDER</u>

17   _____/

18               Defendant Holden has requested leave of court to file a motion to dismiss

19   plaintiff's third amended complaint.  Defendant Mazzerra joined in the request.  Defendant

20   contends that plaintiff filed the third amended complaint while the case was on interlocutory

21   appeal and argues that the third amended complaint does not comport with this court's prior

22   orders.  Plaintiff opposes the requests.

23               By order filed November 12, 2009, the court screened plaintiff's third amended

24   complaint and directed defendants to file an answer.  Further motions to dismiss would delay this

25   case.  Accordingly, defendants will not be granted leave to file a motion to dismiss.

26   /////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendant Holden's November 20, 2009 request is denied; the December 2, 2009 answer is deemed timely filed; and

2.  Defendant Mazzerra's November 23, 2009 request for joinder is denied; defendant Mazzerra shall file an answer within seven days from the date of this order.

DATED:  December 10, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; leubner.lv