IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

     Plaintiff,                   No. 2:08cv0853 GEB JFM PS

vs.

COUNTY OF SAN JOAQUIN, et al.,

     Defendants.

_____/    <u>ORDER</u>

        Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. On April 23, 2010, plaintiff filed a motion for default judgment against defendant Donna Dores for her failure to file a responsive pleading. The docket, however, reflects that defendant Dores filed an answer on April 29, 2010, which will be deemed timely filed. Accordingly, plaintiff's motion is hereby denied.

DATED: May 6, 2010.

                            UNITED STATES MAGISTRATE JUDGE

/014.leubner.mot(2)