IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

        Plaintiff,                  No. 2:08cv0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN,
et al.,

        Defendants.

_____/     ORDER

        On April 23, 2010, plaintiff filed a motion for leave to obtain records.  On May 4, 2010, defendants Holden and Mazzerrra filed responses.

        In his motion, plaintiff seeks leave to obtain records relating to his minor children from the Superior Court and Child Protective Services in San Joaquin County.  Defendants are correct in noting that the records sought by plaintiff are to be accessed by those individuals and procedures as identified in California Welfare & Institutions Code § 827.

/////

/////

/////

/////

1

Plaintiff has presented no argument or authority that leave of this court is necessary to file a petition directly with the state court and/or state agency. Accordingly, plaintiff's April 23, 2010 motion is denied.

DATED: May 11, 2010.

UNITED STATES MAGISTRATE JUDGE

/014.leubner.mot(1)