IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

      Plaintiff,                No. 2:08-cv-0853 GEB JFM PS

  vs.

COUNTY OF SAN JOAQUIN, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff is proceeding in this action pro se and in forma pauperis. On May 7, 2010, the undersigned set a status conference for June 17, 2010. On May 10, 2010, counsel for defendant Christopher Holden filed a motion to reschedule. No opposition has been filed. Good cause appearing, IT IS HEREBY ORDERED that the status conference currently set for June 17, 2010 is rescheduled for July 1, 2010.

DATED: May 18, 2010.

                                  /s/ John F. Moulds
                         UNITED STATES MAGISTRATE JUDGE

/014;leubner.resch