IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

        Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

        Defendants.             ORDER

_____/

        On June 15, 2010, defendant Thomas Mazzera filed a motion to continue the status conference scheduled for July 1, 2010.  On June 16, 2010, defendant Christopher Holden filed a joinder to defendant Mazzera's motion.  On June 21, 2010, plaintiff filed a declaration in support of defendant Mazzera's motion.  Good cause appearing, the status conference currently set for July 1, 2010 is hereby rescheduled to September 23, 2010.

DATED: June 28, 2010.

                                          UNITED STATES MAGISTRATE JUDGE

/014;leubner.mtc

1