IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

      Plaintiff,                  No. 2:08-cv-0853 GEB JFM PS

     vs.

COUNTY OF SAN JOAQUIN, et al.,

      Defendants.           ORDER

_____/

        The court has reviewed plaintiff's motion in opposition to order re confidentiality of juvenile records.  Upon consideration of the motion and the statements filed in opposition, IT IS HEREBY ORDERED that counsel for defendant Thomas Mazerra shall lodge a copy of the juvenile records with chambers within fourteen days from the date of this order.

DATED: January 20, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;leub0853.lodge

1