IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

       Plaintiff,                   No. 2:08-cv-0853 GEB JFM PS

   vs.

COUNTY OF SAN JOAQUIN, et al.,

       Defendants.           <u>ORDER</u>

                              /

        On March 28, 2011, defendants filed a motion to modify the scheduling order, currently scheduled to be heard on April 21, 2011. On April 12, 2011, plaintiff filed a request for a continuance of the hearing. Both defendants filed an opposition to this request.

        Upon review of the motion and documents filed in support and opposition, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing on defendants' motion to modify the scheduling order is continued to April 28, 2011 at 11:00 a.m.

DATED: April 19, 2011

                                         UNITED STATES MAGISTRATE JUDGE

/014;leubner.jo(2)

1