IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

       Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

       Defendants.              ORDER

_____/

       In this action, which arises from a former juvenile dependency proceeding in San Joaquin County, defendants petitioned the San Joaquin County Superior Court for release of the dependency files and the reporter's transcript of proceedings.  On September 1, 2010, defendants' request was granted in an order which is attached hereto.  The documents and transcripts were released to defendants and a copy was forwarded to this court.  At a December status conference in this action, the court, concerned about minimizing the effects of this action on the minors who were the subject of the state court action, suggested the possibility of a stipulated protective order and requested that counsel circulate a proposed draft.  A draft was duly circulated but the effort was unavailing.  At this point, it is important that this action proceed, that the confidentiality of the juvenile court documents be protected, and that plaintiff be allowed, as he has requested and subject to a protective order, to copy the dependency files and the reporter's transcripts.

1

1           Accordingly, IT IS HEREBY ORDERED that:

2           1. Plaintiff is allowed to review and, at his own expense, to copy the dependency files and the hearing transcripts in San Joaquin County Superior Court Case No. J104272.  The review and copying shall be performed under the supervision of Ms. Linda Martinez, Judicial Assistant.  Ms. Martinez may be reached at (916) 930-4280 during regular business hours. Review and copying shall be completed within the period beginning May 8, 2011 and concluding May 18, 2011.

           2. The September 1, 2010 order of Jose L. Alva Judge of the Superior Court of San Joaquin County which is appended to this order is incorporated herein and is applicable to all counsel and other persons involved in this action.

           3. In addition to the provisions of the order of the San Joaquin County Superior Court, the handling of the documents referenced herein shall be governed by Local Rule 141 of this court.

DATED: May 2, 2011.

UNITED STATES MAGISTRATE JUDGE

/leubner.jo(3)