IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

      Plaintiff,                        No. 2:08-cv-0853 GEB JFM PS

   vs.

COUNTY OF SAN JOAQUIN, et al.,

      Defendants.              <u>ORDER</u>

_____/

        A status conference was held in this matter on May 16, 2011. Plaintiff Milos Leubner appeared in propria persona. Marjorie Manning appeared for defendant Thomas Mazzerra. Dana Suntag appeared for defendant Christopher Holden. Defendant Donna Dones appeared in propria persona. Upon consideration of the defendants' motion to modify the scheduling order, after discussion of plaintiff and counsel and Ms. Dones, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Defendants' motion to modify the scheduling order is granted.

        2. All dates set forth in this court's December 10, 2010 scheduling order, including but not limited to the trial date, are hereby vacated.

        3. The parties may proceed directly with discovery.

/////

4.  All non-expert discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by November 15, 2011.

5.  The parties shall exchange lists of expert witnesses no later than December 15, 2011.  The parties are reminded of their obligation to supplement these disclosures when required under Fed. R. Civ. P. 26(e)(1).

6.  Expert discovery shall be completed by January 13, 2012.

7.  Non-dispositive law and motion matters shall be filed by January 31, 2012.

8.  Dispositive motions shall be noticed to be heard by February 23, 2012.

9.  The pretrial conference is set for May 21, 2012 at 2:30 p.m. in courtroom 10 before the Honorable Garland E. Burrell.  Pretrial statements shall be filed pursuant to Local Rule 281.

10.  A jury trial of this matter is set for July 31, 2012 at 9:00 a.m. in courtroom 10 before the Honorable Garland E. Burrell.  The parties shall file trial briefs pursuant to Local Rule 285.

DATED: May 18, 2011

UNITED STATES MAGISTRATE JUDGE

/014;leub0853.oasc.2