IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

      Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

      vs.

COUNTY OF SAN JOAQUIN, et al.,

      Defendants.               ORDER

                                /

On July 3, 2011, plaintiff attempted to file certain documents intended for defendants for the facilitation of "correct, accurate and speedy depositions." Plaintiff is advised that documents related to discovery shall not be filed with the court unless, and until, they are at issue. Because these documents are intended solely to facilitate depositions, their filing with the court is improper as there is no dispute at this time. See Local Rule 251.

Accordingly, IT IS HEREBY ORDERED that these documents shall not be filed in this case and the Clerk of the Court is directed to return the documents to plaintiff.

DATED: August 8, 2011.

                                            UNITED STATES MAGISTRATE JUDGE

/014;leub0853.jo

1