IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

    Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

    vs.

COUNTY OF SAN JOAQUIN, et al.,

    Defendants.              ORDER

_____/

        On September 13, 2011, plaintiff filed a motion to extend time for completion of discovery.  Upon review of the motion and defendants' responses, IT IS HEREBY ORDERED that a telephonic status conference shall be held on October 13, 2011 at 11:00 a.m.  On or before October 11, 2011, plaintiff and defense counsel shall contact Jonathan Anderson, courtroom deputy, at (916) 930-4072 to arrange the teleconference.

DATED: October 3, 2011.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/014;leub0853.jo(2)

1