1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MILOS LEUBNER,

11          Plaintiff,                    No. 2:08-cv-0853 GEB JFM PS

12       vs.

13   COUNTY OF SAN JOAQUIN, et al.,

14          Defendants.              ORDER

15   _____/

16          On January 13, 2012, defendants filed a joint request for immediate telephonic

17   conference concerning plaintiff's non-appearance at a scheduled deposition or, in the alternative,

18   for an order extending the January 26, 2012 discovery deadline solely for the purpose of

19   conducting plaintiff's deposition.  This request stems from plaintiff's failure to appear at a

20   deposition that was scheduled for January 13, 2012.

21          In considering defendants' request, the court notes that this case, having been

22   filed on April 22, 2008, is nearing its fourth year and discovery has yet to be completed.  The

23   court further notes that the initial December 10, 2010 scheduling order has already been

24   modified twice.  See Doc. Nos. 124, 152, 161.  While the court is loathe to modify the

25   scheduling order again, the court finds that the circumstances of this request warrant a partial

26   modification.

1

1    Accordingly, IT IS HEREBY ORDERED that defendants' January 13, 2012

2 request is partially granted.  The request for a telephonic conference is denied.  The request for a

3 modification to the scheduling order is granted.  All date set forth in this court's November 23,

4 2011 scheduling order shall remain unchanged except that defendants are granted up to and

5 including February 9, 2012 to conduct plaintiff's deposition.  Plaintiff is cautioned that failure to

6 appear at the scheduled deposition may result in sanctions, up to and including dismissal of this

7 action.

8 DATED: January 18, 2012.

9

10                                    _____
                                         UNITED STATES MAGISTRATE JUDGE
11

12 /014;leub0853.jo(3)

13

14

15

16

17

18

19

20

21

22

23

24

25

26