MARJORIE E. MANNING, SBN 118643
**BOLLING & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 190
Sacramento, California  95826
Telephone:  (916) 369-0777
Facsimile:  (916) 369-2698
E-mail: mem@bwg-inc.com

Attorneys for Defendant Thomas Mazzera

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOS LEUBNER,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>                    Defendants.<br>_____/ | Case No.  2:08-CV-0853-GEB-JFM<br><br>**ORDER GRANTING DEFENDANT THOMAS MAZZERA'S REQUESTS TO SEAL DOCUMENTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  July 12, 2012<br>Time:  11:00 a.m.<br>Dept:  Courtroom 26 |

This case arises out of a juvenile dependency proceeding in San Joaquin County Superior Court.  Pending before this Court is defendant Thomas Mazzera's motion for summary judgment, or in the alternative for partial summary judgment, related to the state court proceeding.  This Court has reviewed and considered the request to seal and accompanying documents submitted by Mr. Mazzera on April 2, 2012 in support of his motion for summary judgment, or in the alternative for partial summary judgment, and the supplemental request to seal submitted by Mr. Mazzera on July 10, 2012.  The Court also has reviewed and considered plaintiff's opposition to said requests, as well as defendant Mazzera's reply to said opposition.

1

**Bolling & Gawthrop**
*A Professional Corporation*

**ORDER GRANTING DEFENDANT THOMAS MAZZERA'S REQUESTS TO SEAL DOCUMENTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

In addition, at the July 12, 2012 hearing on defendants' motions, the Court heard oral argument on the request to seal from plaintiff, *pro se,* and from Mr. Mazzera's counsel, Marjorie E. Manning.

The Court finds that there is good cause for the relief requested by defendant Thomas Mazzera.

THEREFORE, IT IS HEREBY ORDERED that Mr. Mazzera's Request to Seal and Supplemental Request to Seal are hereby GRANTED. The Clerk of the Court is directed to file the following documents under seal:

1. Defendant Thomas Mazzera's Notice of Request to Seal Documents in Support of his Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

2. Defendant Thomas Mazzera's Notice of Motion and Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

3. Memorandum of Points and Authorities in Support of Defendant Thomas Mazzera's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

4. Defendant Thomas Mazzera's Separate Statement of Undisputed Facts in Support of Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

5. Declaration of Thomas Mazzera in Support of Defendant Thomas Mazzera's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

6. Declaration of Marjorie E. Manning in Support of Defendant Thomas Mazzera's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

7. Request for Judicial Notice in Support of Defendant Thomas Mazzera's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment, submitted April 2, 2012;

8. Reply Memorandum of Points and Authorities in Support of Defendant Thomas Mazzera's Motion for Summary Judgment/Partial Summary Judgment, submitted July 10, 2012;

**Bolling & Gawthrop**
*A Professional Corporation*

**ORDER GRANTING DEFENDANT THOMAS MAZZERA'S REQUESTS TO SEAL DOCUMENTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

9. Reply of Defendant Thomas Mazzera to Plaintiff's "Response" to Separate Statement of Undisputed Facts in Support of Defendant's Motion for Summary Judgment, or in the Alternative for Partial Summary Judgment submitted, July 10, 2012.

The documents identified above shall remain under seal for the duration of this case, or as this Court otherwise orders. Pending further court order, only plaintiff and defendants Thomas Mazzera and Christopher Holden (and attorneys of record for Mr. Mazzera and Mr. Holden) shall have access to the Confidential Records.

If defendant Donna Dones wishes access to the documents identified above, she may file a motion or other appropriate request seeking such relief.

DATED: 7/17/2012

_____
UNITED STATES MAGISTRATE JUDGE

/014;leub0853.seal_mazzera

**Bolling & Gawthrop**
*A Professional Corporation*

**ORDER GRANTING DEFENDANT THOMAS MAZZERA'S REQUESTS TO SEAL DOCUMENTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**