1  DANA A. SUNTAG (California State Bar #125127)
   THE SUNTAG LAW FIRM
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:    (209) 943-0905
5  dsuntag@suntaglawfirm.com

6  MATTHEW P. DACEY (California State Bar #196943)
   OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
7  County of San Joaquin
   44 North San Joaquin Street, Suite 679
8  Stockton, California  95202
   Telephone:  (209) 468-2980
9

10 Attorneys for Defendant
   CHRISTOPHER HOLDEN

11

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14 MILOS LEUBNER,                    )   No. 2:08 CV 00853-GEB-JFM-PS
                                     )
15        Plaintiff,                 )   **ORDER GRANTING**
                                     )   **DEFENDANT CHRISTOPHER**
16   v.                              )   **HOLDEN'S REQUEST TO SEAL**
                                     )   **DOCUMENTS IN SUPPORT OF**
17 COUNTY OF SAN JOAQUIN, et al.,    )   **HIS MOTION FOR SUMMARY**
                                     )   **JUDGMENT OR,**
18        Defendants.                )   **ALTERNATIVELY, PARTIAL**
                                     )   **SUMMARY JUDGMENT**
19                                   )
                                     )
20                                   )
                                     )
21 _____    )

1    The Court has reviewed and considered the Notice of Request and Request to Seal
2 and accompanying documents filed by Defendant Christopher Holden in support of his motion
3 for summary judgment or, alternatively, partial summary judgment, Plaintiff's Opposition to the
4 Request, and Mr. Holden's Supplemental Notice of Request to Seal as to his Reply
5 Memorandum of Points and Authorities.
6    At the hearing on Defendants' summary judgment motions, on July 12, 2012, the
7 Court also heard argument on the request to seal from Dana A. Suntag, counsel for Mr. Holden,
8 and from Plaintiff, *pro se*.
9    The Court finds that there is good cause for the relief that Mr. Holden requests.
10    THEREFORE, IT IS ORDERED that Mr. Holden's Request to Seal and his
11 Supplemental Request is GRANTED. The Clerk of the Court is directed to file the following
12 documents under seal:
13    1.   Defendant Christopher Holden's Notice of Motion and Motion for
14 Summary Judgment or, Alternatively, Partial Summary Judgment; Memorandum of Points and
15 Authorities;
16    2.   Defendant Christopher Holden's Statement of Undisputed Facts in
17 Support of His Motion for Summary Judgment or, Alternatively, Partial Summary Judgment;
18    3.   Declaration of Christopher Holden in Support of Defendants Summary
19 Judgment Motions;
20    4.   Declaration of Dana A. Suntag in Support of Defendants Summary
21 Judgment Motions; and
22    5.   Defendant Christopher Holden's Reply Memorandum of Points and
23 Authorities in Support of His Motion for Summary Judgment or, Alternatively, Partial Summary
24 Judgment.
25
26 (Collectively, the "Confidential Documents.")
27
28

ORDER GRANTING
DEFENDANT CHRISTOPHER HOLDEN'S    2
REQUEST TO SEAL DOCUMENTS

1  The Confidential Documents shall remain under seal for the duration of the
2 instant case or as this Court otherwise orders. Pending further court order, only Plaintiff and Mr.
3 Holden and Mr. Mazzera (and counsel of record for Mr. Holden and Mr. Mazzera) shall have
4 access to the Confidential Documents.
5  If Defendant Donna Dones wishes access to the Confidential Documents, she may
6 file a motion seeking such relief.

**Date: 7/16/2012**

UNITED STATES MAGISTRATE JUDGE

/014;leub0853.seal_holden

ORDER GRANTING
DEFENDANT CHRISTOPHER HOLDEN'S
REQUEST TO SEAL DOCUMENTS

3