DANA A. SUNTAG (California State Bar #125127)
THE SUNTAG LAW FIRM
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
dsuntag@suntaglawfirm.com

MATTHEW P. DACEY (California State Bar #196943)
OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
County of San Joaquin
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone:  (209) 468-2980

Attorneys for Defendant
CHRISTOPHER HOLDEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILOS LEUBNER,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>    Defendants. | No. 2:08 CV 00853-GEB-JFM-PS<br><br>**ORDER GRANTING DEFENDANT CHRISTOPHER HOLDEN'S REQUEST TO SEAL DOCUMENTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT** |

1   The Court has reviewed and considered the Notice of Request and Request to Seal
2   and accompanying documents filed by Defendant Christopher Holden in support of his motion
3   for summary judgment or, alternatively, partial summary judgment, Plaintiff's Opposition to the
4   Request, and Mr. Holden's Supplemental Notice of Request to Seal as to his Reply
5   Memorandum of Points and Authorities.
6   At the hearing on Defendants' summary judgment motions, on July 12, 2012, the
7   Court also heard argument on the request to seal from Dana A. Suntag, counsel for Mr. Holden,
8   and from Plaintiff, *pro se*.
9   The Court finds that there is good cause for the relief that Mr. Holden requests.
10  THEREFORE, IT IS ORDERED that Mr. Holden's Request to Seal and his
11  Supplemental Request is GRANTED. The Clerk of the Court is directed to file the following
12  documents under seal:
13  1.   Defendant Christopher Holden's Notice of Motion and Motion for
14  Summary Judgment or, Alternatively, Partial Summary Judgment; Memorandum of Points and
15  Authorities;
16  2.   Defendant Christopher Holden's Statement of Undisputed Facts in
17  Support of His Motion for Summary Judgment or, Alternatively, Partial Summary Judgment;
18  3.   Declaration of Christopher Holden in Support of Defendants Summary
19  Judgment Motions;
20  4.   Declaration of Dana A. Suntag in Support of Defendants Summary
21  Judgment Motions; and
22  5.   Defendant Christopher Holden's Reply Memorandum of Points and
23  Authorities in Support of His Motion for Summary Judgment or, Alternatively, Partial Summary
24  Judgment.
25
26  (Collectively, the "Confidential Documents.")
27
28

ORDER GRANTING
DEFENDANT CHRISTOPHER HOLDEN'S         2
REQUEST TO SEAL DOCUMENTS

1 The Confidential Documents shall remain under seal for the duration of the
2 instant case or as this Court otherwise orders. Pending further court order, only Plaintiff and Mr.
3 Holden and Mr. Mazzera (and counsel of record for Mr. Holden and Mr. Mazzera) shall have
4 access to the Confidential Documents.
5 If Defendant Donna Dones wishes access to the Confidential Documents, she may
6 file a motion seeking such relief.

**Date: 7/16/2012**

_____
UNITED STATES MAGISTRATE JUDGE

/014;leub0853.seal_holden

ORDER GRANTING
DEFENDANT CHRISTOPHER HOLDEN'S
REQUEST TO SEAL DOCUMENTS

3