IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILOS LEUBNER,

        Plaintiff,                    No. 2:08-cv-0853 GEB JFM (PS)

    vs.

COUNTY OF SAN JOAQUIN, et al.,

        Defendants.             <u>ORDER</u>

        On July 23, 2012, the magistrate judge issued findings and recommendations recommending that the defendants' motions for summary judgment be granted.  Plaintiff was granted fourteen days by which to file an opposition to the findings and recommendations. Plaintiff did not file an opposition within that time period.  Therefore, judgment was entered on August 14, 2012 after the undersigned adopted the findings and recommendations in full.

        On August 13, 2012, plaintiff filed an opposition to the findings and recommendations, as well as a motion for extension of time to file to file a supplemental opposition.  On August 27, 2012, plaintiff filed a motion to set aside judgment.

        On review of both motions and good cause appearing therefor, IT IS HEREBY ORDERED that:

        1.  Plaintiff's August 13, 2012 motion for extension of time is granted;

1

2. Plaintiff's August 27, 2012 motion to set aside judgment is granted;

3. The Clerk of the Court is directed to vacate the judgment entered on August 14, 2012 and reopen this case; and

4. Plaintiff shall file a supplemental opposition to the July 23, 2012 findings and recommendations within twenty-one days from the date of this order.

Dated: September 4, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge